# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GENENTECH, INC. and CITY OF HOPE,<br><br>    Plaintiffs and Counterclaim Defendants,<br><br>    v.<br><br>AMGEN INC.,<br><br>    Defendant and Counterclaim Plaintiff. | C.A. No. 18-924-CFC |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that a true and correct copy of **(1) Expert Report of Anupam Jena, M.D., Ph.D. In Support of permanent Injunctive Relief; (2) Expert Report of George M. Grass, Ph.D.; (3) Expert Report of Susan Tannenbaum M.D. on Induced and Willful Infringement of the Dosing Patents; (4) Expert Report of John W. Park, M.D.; and (5) Opening Expert Report of Hansjorg Hauser, Ph.D.** were caused to be served on July 26, 2019 on the following counsel in the manner indicated:

## VIA EMAIL

Neal C. Belgam
Eve H. Ormerod
Jennifer M. Rutter
SMITH, KATZENSTEIN & JENKINS, LLP
1000 West Street, Suite 1501
Wilmington, DE  19801
(302) 652-8400
nbelgam@skjlaw.com
eormerod@skjlaw.com
jrutter@skjlaw.com

Orion Armon
COOLEY LLP
380 Interlocken Crescent, Suite 900
Broomfield, CO  80021-8023
(720) 566-4119
oarmon@cooley.com

Eamonn Gardner
COOLEY LLP
4401 Eastgate Mall
San Diego, CA  92121-1909
(858) 550-6086
egardner@cooley.com

Michelle Rhyu
Susan Krumplitsch
Daniel Knauss
Alissa Wood
Cameron C. Vanderwall
Lauren Krickl
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304-1130
(650) 843-5287
mrhyu@cooley.com
skrumplitsch@cooley.com
dknauss@cooley.com
amwood@cooley.com
cvanderwall@cooley.com
lkrickl@cooley.com

Xiaoxiao Xue
COOLEY LLP
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DE 20004-2400
(202) 842-7800
xxue@cooley.com

2

Brian Kao
Nancy Gettel
Lois M. Kwasigroch
AMGEN, INC.
One Amgen Center Drive
Thousand Oaks, CA  91320-1799
(805) 447-1000
bkao@amgen.com
ngettel@amgen.com
loisk@amgen.com

*Attorneys for Defendant Amgen Inc.*

| | |
|---|---|
| Dated: July 29, 2019 | MCCARTER & ENGLISH, LLP |
| | |
| | /s/ *Daniel M. Silver* |
| *Of Counsel:* | Michael P. Kelly (#2295) |
| | Daniel M. Silver (#4758) |
| William F. Lee | Alexandra M. Joyce (#6423) |
| Lisa J. Pirozzolo | Renaissance Centre |
| Emily R. Whelan | 405 North King Street, 8th Floor |
| Kevin S. Prussia | Wilmington, DE 19801 |
| Andrew J. Danford | (302) 984-6300 |
| Timothy A. Cook | mkelly@mccarter.com |
| Stephanie Neely | dsilver@mccarter.com |
| WILMER CUTLER PICKERING | ajoyce@mccarter.com |
| HALE AND DORR LLP | |
| 60 State Street | *Counsel for Plaintiffs Genentech, Inc. and City of Hope* |
| Boston, MA 02109 | |
| (627) 526-6000 | |

Robert J. Gunther Jr.
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 230-8800

Nora Passamaneck
WILMER CUTLER PICKERING
 HALE AND DORR LLP
1225 17th Street, Suite 2600
Denver, CO 80202

Nancy Schroeder
WILMER CUTLER PICKERING
 HALE AND DORR LLP
350 S Grand Avenue, Suite 2100
Los Angeles, CA 90071

Daralyn J. Durie
Adam R. Brausa
DURIE TANGRI LLP
217 Leidesdorff St.
San Francisco, CA 94111
(415) 362-6666