IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GENENTECH, INC <br><br> Plaintiff, <br><br> v. <br><br> AMGEN, INC., <br><br> Defendant. | C.A. No. 18-924-CFC |

## STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
## WITH RESPECT TO CERTAIN ASSERTED PATENTS

WHEREAS Plaintiff Genentech, Inc. filed a Third Amended Complaint in this case on September 4, 2019, which asserts infringement of nine patents in connection with Defendant Amgen Inc. seeking FDA approval for ABP 980 as a trastuzumab biosimilar and marketing that biosimilar under the trade name Kanjinti (D.I. 347);

WHEREAS Genentech's Third Amended Complaint includes claims for infringement of U.S. Patent Nos. 7,993,834, 8,076,066, and 8,440,402;

WHEREAS the Parties desire to streamline the issues in this case for trial;

NOW THEREFORE, it is hereby stipulated and agreed by the Parties, subject to the approval of the Court, that:

1. All claims for infringement of U.S. Patent Nos. 7,993,834, 8,076,066, and 8,440,402 (the "Dismissed Patents") and (Counts VI, VII, and VIII of the Third Amended Complaint (D.I. 347)) are dismissed with prejudice;

2. All counterclaims for non-infringement, invalidity, and/or unenforceability of the Dismissed Patents are dismissed without prejudice to Amgen's ability to raise such claims in a later action; and

3. Each Party shall bear its own costs, expenses, and attorneys' fees associated with this action with respect to the Dismissed Patents.

This stipulation does not affect the parties' claims, counterclaims, or defenses with respect to the remaining patents-in-suit and shall not be admissible at trial in this case for any purpose with respect to the remaining patents-in-suit. This stipulation is for purposes of this case only and does not extend to litigation involving any other product between the parties. Neither party shall use this stipulation for any purpose in litigation between the parties relating to other products.

Dated: September 20, 2019

| | |
|---|---|
| */s/ Alexandra M. Joyce* | */s/ Neal C. Belgam* |
| Michael P. Kelly (#2295) | Neal C. Belgam (#2721) |
| Daniel M. Silver (#4758) | Eve H. Ormerod (#5369) |
| Alexandra M. Joyce (#6423) | Jennifer M. Rutter (#6200) |
| MCCARTER & ENGLISH, LLP | SMITH KATZENSTEIN & JENKINS LLP |
| Renaissance Centre | 1000 West Street, Suite 1501 |
| 405 N. King Street, 8th Floor | Wilmington, DE 19801 |
| Wilmington, DE 19801 | (302) 652-8400 |
| (302) 984-6300 | nbelgam@skjlaw.com |
| mkelly@mccarter.com | eormerod@skjlaw.com |
| dsilver@mccarter.com | jrutter@skjlaw.com |
| ajoyce@mccarter.com | |

| OF COUNSEL: | OF COUNSEL: |
|---|---|
| William F. Lee | Michelle Rhyu |
| Lisa J. Pirozzolo | Susan Krumplitsch |
| Emily R. Whelan | Daniel Knauss |
| Kevin S. Prussia | COOLEY, LLP |
| Andrew J. Danford | 3175 Hanover Street |
| WILMER CUTLER PICKERING HALE AND DORR LLP | Palo Alto, CA 94304-1130 |
| 60 State Street | (650) 843-5287 |
| Boston, MA 02109 | skrumplitsch@cooley.com |
| (627) 526-6000 | mrhyu@cooley.com |
| william.lee@wilmerhale.com | dknauss@cooley.com |
| lisa.pirozzolo@wilmerhale.com | |
| emily.whelan@wilmerhale.com | Orion Armon |
| kevin.prussia@wilmerhale.com | COOLEY, LLP |
| andrew.danford@wilmerhale.com | 380 Interlocken Crescent, Suite 900 |
| | Broomfield, CO 80021-8023 |
| Robert J. Gunther Jr. | (720) 566-4119 |
| WILMER CUTLER PICKERING HALE AND DORR LLP | oarmon@cooley.com |
| 7 World Trade Center | |
| 250 Greenwich Street | Eamonn Gardner |
| New York, NY 10007 | COOLEY, LLP |
| (212) 230-8800 | 4401 Eastgate Mall |
| robert.gunther@wilmerhale.com | San Diego, CA 92121-1909 |
| | (858) 550-6086 |
| | egardner@cooley.com |

| | |
|---|---|
| Daralyn J. Durie<br>Adam R. Brausa<br>DURIE TANGRI LLP<br>217 Leidesdorff St.<br>San Francisco, CA 94111<br>(415) 362-6666<br>ddurie@durietangri.com<br>abrausa@durietangri.com<br><br>*Attorneys for Plaintiff*<br>*Genentech, Inc.* | Nancy Gettel<br>Thomas Lavery, IV<br>AMGEN, INC.<br>One Amgen Center Drive<br>Thousand Oaks, CA 91320-1799<br>P 805-447-1000<br>ngettel@amgen.com<br>tlavery@amgen.com<br><br>*Attorneys for Defendant Amgen, Inc.* |

SO ORDERED this 23rd day of September, 2019.

_____
United States District Judge