IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GENENTECH, INC., <br><br> Plaintiffs, <br><br> v. <br><br> AMGEN, INC. <br><br> Defendant. | Case No. 18-924-CFC |

## STIPULATION AND [PROPOSED] ORDER REGARDING DEADLINES FOR EXCHANGING PRETRIAL MATERIALS

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the time for the parties to exchange pretrial order materials shall be extended as follows. None of the parties' proposed changes will affect the filing dates in the Court's September 26, 2019 Scheduling Order. (D.I. 370).

| Pretrial Order Item | Proposed Date Plaintiff Will Provide | Proposed Date Defendant Will Provide |
|---|---|---|
| Draft pretrial order (Del. L.R. 16.3(c)(1-13) | October 14, 2019 | October 28, 2019 (redline) |
| Proposed Voir Dire (Del. L.R. 47.1) | October 15, 2019 | October 22, 2019 (redline) |
| Proposed Jury Instructions (Del. L.R. 51.1(a)) | October 15, 2019 | October 22, 2019 (redline) |
| Proposed Special Verdict Form (Del. L.R. 51.1(c)) | October 15, 2019 | October 22, 2019 (redline) |
| Initial Exhibit List (Del. L.R. 16.3(c)(6)) | October 21, 2019 | October 21, 2019 |
| Witness List (Del. L.R. 16.3(c)(7) | October 21, 2019 | October 21, 2019 |
| Objections to Exhibits (Del. L.R. 16(c)(6)); Supplementation of Exhibit Lists | October 28, 2019 | October 28, 2019 |
| Exchange Motions in Limine | October 29, 2019 | October 29, 2019 |
| File Proposed Jury | November 1, 2019 | |

1

| Instructions, Voir Dire, Verdict Form | | |
|---|---|---|
| Objections to Newly Added Exhibits | November 1, 2019 | November 1, 2019 |
| Exchange Responses to Motions in Limine | November 4, 2019 | November 4, 2019 |
| Proposed Final Draft of PTO | November 4, 2019 | November 6, 2019 (redline) |
| Exchange Replies to Motions in Limine | November 6, 2019 | November 6, 2019 |
| Final PTO Filed by Plaintiff | November 7, 2019 | |
| Deposition Designations (Del. L.R. 16.3(c)(7)) | November 15, 2019 | November 15, 2019 |
| Objections to Deposition Designations and Deposition Counterdesignations | November 22, 2019 | November 22, 2019 |
| Objections to Deposition Counterdesignations | November 27, 2019 | November 27, 2019 |

/s/ Daniel M. Silver
Michael P. Kelly (#2295)
Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
MCCARTER & ENGLISH, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
(302) 984-6300
mkelly@mccarter.com
dsilver@mccarter.com
ajoyce@mccarter.com

/s/ Neal C. Belgam
Neal C. Belgam (#2721)
Eve H. Ormerod (#5369)
Jennifer M. Rutter (#6200)
SMITH KATZENSTEIN & JENKINS LLP
1000 West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
eormerod@skjlaw.com
jrutter@skjlaw.com

Dated: October 16, 2019

**SO ORDERED** this 17th day of October, 2019.

_____
United States District Judge