IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GENENTECH, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMGEN INC., <br><br> Defendant. | C.A. No. 18-924-CFC-SRF |

## NOTICE OF WITHDRAWAL OF CERTAIN *PRO HAC VICE* COUNSEL

**PLEASE TAKE NOTICE** that Nancy J. Gettel of Amgen Inc. hereby withdraws her *pro hac vice* appearance as one of the attorneys of record in this matter on behalf of Defendant Amgen Inc. Ms. Gettel is no longer associated with Amgen Inc. The undersigned Delaware counsel, as well as all other *pro hac vice* counsel remain counsel of record for Defendant Amgen Inc.

Dated: February 5, 2020

SMITH, KATZENSTEIN & JENKINS, LLP

*/s/ Neal C. Belgam*
Neal C. Belgam (#2721)
Eve H. Ormerod (#5369)
Jennifer M. Rutter (#6200)
1000 West Street, Suite 1501
Wilmington, DE 19801
Tel: (302) 652-8400
nbelgam@skjlaw.com
eormerod@skjlaw.com
jrutter@skjlaw.com

*Attorneys for Defendant Amgen Inc.*