# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GENENTECH, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMGEN INC., <br><br> Defendant. | C.A. No. 18-924-CFC-SRF |

## JOINT MOTION FOR TELECONFERENCE TO RESOLVE DISCOVERY DISPUTE

Plaintiff Genentech, Inc. ("Genentech") and Defendant Amgen Inc. ("Amgen") respectfully move this Court to schedule a teleconference to address the following unresolved dispute regarding a discovery matter:

- **Plaintiff's refusal to designate a corporate witness to testify regarding Plaintiff's statements in court filings and *inter partes* reviews regarding drivers of consumer demand and commercial success of Herceptin (Amgen's 30(b)(6) Topics 50 and 51).**

The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in verbal meet-and-confers by telephone on January 29, 2020 and January 31, 2020.

<u>Delaware Counsel</u>:

Daniel Silver for Genentech
Eve Ormerod for Amgen

<u>Lead Counsel</u>:

Andrew Danford and Jason Liss for Genentech
Orion Armon for Amgen

The parties are available for a teleconference on the following dates, if the Court has availability: February 14, 2020; February 19, 2020; and February 20, 2020.

| MCCARTER & ENGLISH, LLP | SMITH, KATZENSTEIN & JENKINS LLP |
|---|---|
| */s/ Daniel M. Silver* | */s/ Eve H. Ormerod* |
| Michael P. Kelly (#2295) | Neal C. Belgam (#2721) |
| Daniel M. Silver (#4758) | Eve H. Ormerod (#5369) |
| Alexandra M. Joyce (#6423) | Jennifer M. Rutter (#6200) |
| Renaissance Centre | 1000 West Street, Suite 1501 |
| 405 N. King Street, 8th Floor | Wilmington, DE 19801 |
| Wilmington, DE 19801 | (302) 652-8400 |
| (302) 984-6300 | nbelgam@skjlaw.com |
| mkelly@mccarter.com | eormerod@skjlaw.com |
| dsilver@mccarter.com | jrutter@skjlaw.com |
| ajoyce@mccarter.com | |
| | *Attorneys for Defendant Amgen Inc.* |
| *Attorneys for Plaintiff Genentech, Inc.* | |

Dated: February 5, 2020

**SO ORDERED** this _____ day of _____, 2020.

_____
United States Magistrate Judge