**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| GENENTECH, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMGEN INC., <br><br> Defendant and Counterclaim Plaintiff. | C.A. No. 18-924-CFC-SRF <br><br> **Original Version Filed: Feb. 20, 2020** <br> **Public Version Filed: Feb. 20, 2020** |

**[PROPOSED] ORDER**

AND NOW, this _____ day of _____, 2020, having considered Amgen Inc.'s ("Amgen") discovery dispute letter seeking to compel Genentech, Inc. ("Genentech") to produce a witness knowledgeable to testify on Topics 50 and 51 in Amgen's Second Notice of 30(b)(6) Deposition that was served on Genentech on November 27, 2019 (the "Motion to Compel"), and having held a discovery teleconference on February 25, 2020 regarding the same;

IT IS HEREBY ORDERED that Amgen's Motion to Compel is GRANTED.  Genentech shall produce a witness knowledgeable to testify on Topics 50 and 51 in Amgen's Second Notice of 30(b)(6) Deposition by March 6, 2020.

_____
United States Magistrate Judge
