# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GENENTECH, INC., <br><br> Plaintiffs, <br><br> v. <br><br> AMGEN INC., <br><br> Defendant. | C.A. No. 18-924-CFC-SRF |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Adam R. Lawton of Munger, Tolles & Olson LLP to represent Defendant Amgen Inc. in this matter.

Dated:  February 27, 2020

SMITH, KATZENSTEIN & JENKINS, LLP

*/s/ Neal C. Belgam*
Neal C. Belgam (No. 2721)
Eve H. Ormerod (No. 5369)
Jennifer M. Rutter (No. 6200)
1000 West Street, Suite 1501
Wilmington, DE  19801
(302) 652-8400
nbelgam@skjlaw.com
eormerod@skjlaw.com
jrutter@skjlaw.com

*Attorneys for Defendant Amgen Inc.*

## ORDER GRANTING MOTION

**IT IS HEREBY ORDERED** that counsel's motion for admission *pro hac vice* is granted.

Date:  _____       _____
                                    United States District Court Judge