**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| GENENTECH, INC., <br><br> Plaintiffs, <br><br> v. <br><br> AMGEN INC., <br><br> Defendant. | C.A. No. 18-924-CFC-SRF |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of J. Drew Diamond of Amgen Inc. to represent Defendant Amgen Inc. in this matter.

Dated: February 28, 2020

SMITH, KATZENSTEIN & JENKINS, LLP

*/s/ Eve H. Ormerod*
Neal C. Belgam (No. 2721)
Eve H. Ormerod (No. 5369)
Jennifer M. Rutter (No. 6200)
1000 West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
eormerod@skjlaw.com
jrutter@skjlaw.com

*Attorneys for Defendant Amgen Inc.*

**ORDER GRANTING MOTION**

**IT IS HEREBY ORDERED** that counsel's motion for admission *pro hac vice* is granted.

Date: _____     _____
United States District Court Judge