IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GENENTECH, INC. and CITY OF HOPE | ) | |
| | ) | |
| Plaintiffs, | ) | C. A. No.: 17-1407-CFC-SRF |
| | ) | (CONSOLIDATED) |
| v. | ) | |
| | ) | |
| AMGEN INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| GENENTECH, INC. | ) | |
| | ) | |
| Plaintiff, | ) | C. A. No.: 18-924-CFC-SRF |
| | ) | |
| v. | ) | |
| | ) | |
| AMGEN INC., | ) | |
| | ) | |
| Defendant. | ) | |

**AMENDED SCHEDULING ORDER**
**ENTERED ON JUNE 15, 2020 BY SPECIAL MASTER**

The Scheduling Order entered on June 5, 2020 (D.I. 682) is amended as follows:

Initial submissions are due July 20, 2020;

Responsive submissions are due July 24, 2020; and

The hearing is to be held on July 27, 2020 at 1:00 p.m.

June 15, 2020                         /s/ Rodney Smolla

                                       Special Master