**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| GENENTECH, INC., | |
|        Plaintiff, | |
|        v. | C.A. No. 18-924-CFC |
| AMGEN INC., | |
|        Defendant. | |

**JOINT STIPULATION OF DISMISSAL**

This stipulation is made by and between Plaintiff Genentech, Inc. and Defendant Amgen Inc. (collectively, "the Parties").

WHEREAS, Plaintiff and Defendant have asserted various claims and counterclaims in the above-captioned case; and

WHEREAS, the Parties have entered into a settlement agreement, and mutually agree to voluntarily dismiss all claims and counterclaims asserted in the above-captioned case with prejudice;

NOW THEREFORE IT IS HEREBY JOINTLY STIPULATED by the Parties that:

1.      Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims, counterclaims, and demands asserted in the above-captioned case are hereby dismissed with prejudice; and

2.      Each party will bear its own attorneys' fees and costs with respect to the above-captioned case.

Respectfully submitted,

/s/ Daniel M. Silver

MCCARTER & ENGLISH LLP

Michael P. Kelly (No. 2295)
Daniel M. Silver (No. 4758)
Alexandra M. Joyce (No. 6423)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE  19801
(302) 984-6300
mkelly@mccarter.com
dsilver@mccarter.com
ajoyce@mccarter.com

WILMER CUTLER PICKERING
HALE AND DORR LLP
William F. Lee
Kevin S. Prussia
Andrew J. Danford
60 State Street
Boston, MA  02109
(617) 526-6000

WILMER CUTLER PICKERING
HALE AND DORR LLP
Robert J. Gunther, Jr.
7 World Trade Center
250 Greenwich Street
New York, NY  10007
(212) 230-8800

DURIE TANGRI
Daralyn J. Durie
Adam R. Brausa
Eric C. Wiener
217 Leidesdorff Street
San Francisco, CA  94111
(415) 362-6666

*Attorneys for Genentech, Inc.*


/s/ Neal C. Belgam

SMITH, KATZENSTEIN & JENKINS LLP

Neal C. Belgam (No. 2721)
Eve H. Ormerod (No. 5369)
1000 West Street, Suite 1501
Wilmington, DE  19801
(302) 652-8400
nbelgram@skjlaw.com
eormerod@skjlaw.com

COOLEY LLP
Michelle Rhyu
Daniel Knauss
3175 Hanover Street
Palo Alto, CA  94304
(650) 843-5000

COOLEY LLP
Orion Armon
Eamonn Gardner
380 Interlocken Crescent, Suite 900
Broomfield, CO  80021
(720) 566-4000

*Attorneys for Amgen Inc.*


Dated:  July 7, 2020