IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GENENTECH, INC., | ) | |
| | ) | |
| Plaintiff, | ) | C. A. No.: 18-924-CFC-SRF |
| | ) | |
| v. | ) | |
| | ) | |
| AMGEN INC., | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT SUBMISSION IN ACCORDANCE WITH
## SPECIAL MASTER RULING

Consistent with the Special Master's ruling (D.I. 558, as adopted by the Court at D.I. 560) and the Court's October 23, 2020 sealing order (D.I. 562), Plaintiff and Defendant jointly submit: (1) a list of those filings that were previously sealed in whole or in part that should now be entirely unsealed (Ex. A); (2) a list of those documents previously sealed that are now to be continued to be sealed in their entirety (Ex. B); (3) a list of those documents previously filed under seal or with redactions, in their new form, with the redactions narrowed as approved by the Special Master in the Sealed Appendix (Ex. C); and (4) the revised versions of those documents identified in Ex. C, attached hereto as Appendix A.

| MCCARTER & ENGLISH, LLP | SMITH KATZENSTEIN & JENKINS LLP |
|---|---|
| /s/ Alexandra M. Joyce | /s/ Neal C. Belgam |
| Michael P. Kelly (No. 2295) | Neal C. Belgam (No. 2721) |
| Daniel M. Silver (No. 4758) | Eve H. Ormerod (No. 5369) |
| Alexandra M. Joyce (No. 6423) | 1000 West Street |
| Renaissance Centre | Wilmington, DE 19801 |
| 405 N. King Street, 8th Floor | (302) 652-8400 |
| Wilmington, DE 19801 | nbelgam@skjlaw.com |
| (302) 984-6300 | eormerod@skjlaw.com |
| mkelly@mccarter.com | |
| dsilver@mccarter.com | |
| ajoyce@mccarter.com | COOLEY LLP |
| | Michelle Rhyu |
| WILMER CUTLER PICKERING HALE AND DORR LLP | Daniel Knauss |
| Robert J. Gunther, Jr. | 3175 Hanover Street |
| 7 World Trade Center | Palo Alto, CA 94304-1130 |
| 250 Greenwich Street | (650) 843-5000 |
| New York, NY 10007 | |
| (212) 937-7518 | Orion Armon |
| | Eamonn Gardner |
| | 380 Interlocken Crescent, Suite 900 |
| DURIE TANGRI | Broomfield, CO 80021-8023 |
| Daralyn J. Durie | (720) 566-4000 |
| Adam R. Brausa | |
| Eric C. Wiener | |
| 217 Leidesdorff Street | *Attorneys for Amgen Inc.* |
| San Francisco, CA 94111 | |
| (415) 362-6666 | |
| | |
| *Attorneys for Genentech, Inc.* | |