# EXHIBIT A

The following sealed filings can be unsealed in their entirety.

D.I. 2

D.I. 14

D.I. 15

D.I. 141

D.I. 142

D.I. 189

D.I. 193

D.I. 197

D.I. 198

D.I. 200

D.I. 253

D.I. 255

D.I. 270

D.I. 273

D.I. 274

D.I. 278

D.I. 286

D.I. 287

D.I. 293

D.I. 299

D.I. 302

D.I. 337

D.I. 366

D.I. 367

D.I. 373

D.I. 395

D.I. 396

D.I. 397

D.I. 410

D.I. 411

D.I. 412

D.I. 415

D.I. 449

D.I. 460

D.I. 510

D.I. 521

D.I. 522

D.I. 523

D.I. 538

## EXHIBIT B

The following sealed filings should be maintained under seal as filed.

Not applicable – no such filings.

# EXHIBIT C

Revised public versions of the following sealed filings are attached hereto.

D.I. 19

D.I. 68

D.I. 75

D.I. 80

D.I. 113

D.I. 169

D.I. 190

D.I. 254

D.I. 275

D.I. 276

D.I. 277

D.I. 279

D.I. 280

D.I. 281

D.I. 285

D.I. 288

D.I. 289

D.I. 290

D.I. 291

D.I. 292

D.I. 294

D.I. 295

D.I. 303

D.I. 368

D.I. 369

D.I. 375

D.I. 397

D.I. 401

D.I. 402

D.I. 403

D.I. 414

D.I. 419

D.I. 422

D.I. 424

D.I. 427

D.I. 442

D.I. 476

D.I. 513

D.I. 514

D.I. 515